**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JACK REICH, on behalf of himself and all others similarly situated consumers,

           Plaintiff,

v.

ALLTRAN FINANCIAL, LP F/K/A UNITED RECOVERY SYSTEMS, L.P.

           Defendant.

---

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 03 2017 ★

BROOKLYN OFFICE

Case No. 2017-cv-01800 (AMD) (CLP)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff Jack Reich, by his attorney, Adam J. Fishbein, Esq., and Defendant Alltran Finiancial, L.P. f/k/a United Recovery Systems, L.P., by its attorneys, The Salvo Law Firm, P.C., that the above-captioned action is hereby dismissed, with prejudice, and without attorneys' fees and costs against any party.

The parties request that the parties may seek to re-open the matter for sixty days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated: July 20, 2017

By: /s/ Adam J. Fishbein
_____
ADAM FISHBEIN

ADAM J. FISHBEIN, P.C.
735 Central Avenue
Woodmere, New York 11598
516 668 6945

fishbeinadamj@gmail.com
Attorneys for Plaintiff

By: /s/ Cindy D. Salvo
CINDY D. SALVO

THE SALVO LAW FIRM, P.C.
185 Fairfield Ave, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)
csalvo@salvolawfirm.com
Attorneys for Defendant

SO ORDERED
DATED: Brooklyn, NY
      Aug 2, 2017

S/ AMD

_____
Ann M. Donnelly
U.S. District Judge

1